UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>VICTOR MANUEL NAVARRO-QUESADA,<br>   aka "Enrique Sierra,"<br>   aka "Enrique Sierra-Prado,"<br>   aka "John Doe,"<br><br>            Defendant. | Case No. 2:25-mj-000693-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 23rd day of September, 2025.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3